IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: HECTOR L JIMENEZ GONZALEZ

Bkrtcy. No. 11-03296-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Apr 19, 2011
Meeting Date: May 20, 2011
DC Track No. 25

Days from petition date: 31
Meeting Time: 3:00 PM

910 Days before Petition: 10/21/2008
☐ Chapter 13 Plan Date: Apr 19, 2011 Dkt.# 2
☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $9,000.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Jun 17, 2011
Time: 2:30 PM

☑ Payment(s) ☐ Received or Evidence shown at meeting:
Ck/MO No. 103206200014003
Date 5/18/2011
Amount $182.00
Total Paid In: $0.00

### I. Appearances:
☐ Telephone ☐ Video Conference
☐ Creditor(s) present: ☑ None.

☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☑ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00 Paid Pre-Petition: $600.00 Outstanding: $2,400.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☑ Under ☐ Above Median Income. Liquidation Value: 0.00
Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0

The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:
☑ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☑ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
☑ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
1) Debtor must submit evidence of being current w/ DSO payments prior to plan confirmation. Debtor is not current at this time.
2) Debtor must upload form SC2781 from Department of the Treasury.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: May 20, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

3) Debtor must correct schedule I to state that he receives 5279.00 per month for a retirement pension — the amount listed in schedule I is just one "quincena".

4) Plan will pay AdeMe which Debtor believes is only creditor.

Trustee / Presiding Officer

Page 2 of 2     Date: 5/20/2011