# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO. 11-03296 (BKT)

HÉCTOR L. JIMÉNEZ GONZÁLEZ           CHAPTER 13
Debtor(s)

## OBJECTION TO THE CONFIRMATION

TO THE HONORABLE COURT:

**COMES NOW,** THE CHILD SUPPORT ADMINISTRATION (hereinafter "ASUME"), a party with interest in this case, through the undersigned attorney, and hereby respectfully states and prays:

1. This case was filed on April 19, 2011. ASUME filed a Proof of Claim on behalf of Ms. Isabel Rosado Martínez, ASUME case number 0397671, in the amount of $5,866.31. (pre-petition arrears).

2. Debtor proposed a Amended Plan on June 16, 2011. (Docket 11)

3. Debtor is supposed to pay the amount of $ 225.00 monthly to comply with child support obligations.

4. Debtor owes $675.00 in post-petition arrears. According to payments history debtor failed to pay DSO as established. **(Exhibit 1)**

5. In view of the arrears as a result of the failure to comply with current payments of child support ASUME, request this Honorable Court

1

to denied case confirmation.

**RESPECTFULLY SUBMITTED.**

**WHEREFORE** ASUME, respectfully prays that this motion be granted and denied confirmation.

CERTIFY: That on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this June 16, 2011.

**HEIDI MIRANDA BROCO**
**Federal Bar no. 226512**
**Attorney for creditor ASUME**

**PO Box 193317**
**San Juan, Puerto Rico 00919**
**Tel. 787-765-2731**
**Fax 787-641-1845**
**Email: heidimiranda@hotmail.com**

**S/ *Heidi Miranda Broco***