*Hector Jimenez Gonzá́lez*

```
PMSRCCC1          RECONCILIACION DE LAS CUENTAS DEL CASO          FECHA 06/07/11
USUARIO SM3243    70                                               HORA 11:22
MODO  DESPLEG                    NUM CASO 0397671                  PAGINA 01
```

| MM/AA | PENSION MENSUAL | TOTAL PAGADO | CUENTA PCO | CUENTA ATRASOS | PAGO DIRECTO | CANTIDAD AJUS/AT | BALANCE MENSUAL |
|---|---|---|---|---|---|---|---|
| 01/11 | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 | 6,696.55 |
| 02/11 | 225.00 | 103.07 | 35.57 | 67.50 | 0.00 | 189.43 | 6,818.48 |
| 03/11 | 225.00 | 239.72 | 37.22 | 202.50 | 0.00 | -974.67 | 5,641.31 |
| 04/11 | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 | 5,866.31 |
| 05/11 | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 225.00 | 6,091.31 |
| 06/11 | 225.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,316.31 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALES | | | | | | | |
| 11 | 1350.00 | 342.79 | 72.79 | 270.00 | 0.00 | -110.24 | 6,316.31 |
| PRES | 15215.12 | 8,108.89 | 4,710.42 | 3,398.47 | 0.00 | 9489.78 | 6,316.31 |

```
PROX PANTALLA==> IQU
SR900304 INFORMACION CASO NUEVO DESPLEGADA
```