**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF PUERTO RICO**

IN RE:

HECTOR L JIMENEZ GONZALEZ

XXX-XX-7697

              **Debtor(s)**

CASE NO. 11-03296 BKT

Chapter 13

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,**
**ORDER AND NOTICE**

1.  Plan dated: **04/19/2011**  (Docket no. **2**) is not confirmed.

    ___ **The §341 meeting of creditors was continued to _____ at ___.**

2.  Hearing on Confirmation is continued to:  **09/08/2011 at 09:00 A.M., US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan:  Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

3.  **OTHER:**

                                        /S/Brian K. Tester
                                        U.S. Bankruptcy Judge

Date: **06/17/2011**                    BY:  /S/Inecita Collazo
                                             Courtroom Deputy