IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HECTOR L JIMENEZ GONZALEZ

XXX-XX-7697

Debtor(s)

CASE NO. 11-03296 BKT

Chapter 13

**FILED & ENTERED ON 07/26/2011**

## ORDER GRANTING WITHDRAWAL OF MOTION

ASUME's motion withdrawing (docket entry 17):

    [ ] the motion to dismiss
    [X] the objection to confirmation
    [ ] the objection to claim #   filed by
    [ ] the motion to lift stay
    [ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 26 day of July, 2011.

*/s/ Brian K. Tester*
Brian K. Tester
U. S. Bankruptcy Judge

C:   DEBTOR(S)
      JUAN O CALDERON LITHGOW
      JOSE RAMON CARRION MORALES