IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

**In the Matter of**:

HECTOR L. JIMENEZ GONZALEZ

Debtor(s)

Case No. 11-03296 BKT

Chapter 13

**OPPOSITION TO DISMISSAL**

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. On October 25, 2011 ASUME filed a motion to dismissed based on debtor post-petition arrears accumulated in the amount of $675.00.

2. Debtor has cured the alleged arrears and evidence is attached as a third page in this motion. Arrears in the plan payment have also been cured.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and deny motion to dismiss.

**I HEREBY CERTIFY**, that on this same date and by regular U.S. Mail, copy of this motion has been filed with the Clerk of the Court who will sent notice to Chapter 13 Trustee José R. Carrión and ASUME using the CM/ECF Court's System.

In Vega Baja, Puerto Rico, this day November 11, 2011

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com



# BANCO POPULAR

331            SuperMax Dorado
Date: 11/03/2011    Time: 11:01 am
Teller ID:  15

| Trans. / Sequence | Trans. Description / Account Number | Amount |
|---|---|---|
| 184 | Acceso Popular/ETA XXXXX9639 | $780.00 |
|  | ASUME OCR Payment 0397671800004753246 Paid Amount | -$675.00 |
| 185 | Paid To Client | $25.00 |

Este recibo es el comprobante de sus
transacciones. Consérvelo para reconciliar su
estado de cuenta, para alguna reclamación
o devoluciones de Especiales Musicales.
- Gracias por permitirnos Servirle!
TeleBanco Popular 787-724-3650 ó 1-888-724-3650
www.bancopopular.com

0000475324 - 6
Número de Participante
Participant's Number

0397671 - 8
Número de Caso
Case Number

$675.00

Vence en/Due On

T-331-15
Banco Popular
NOV 3 2011
SUC. SUPER MAX
DORADO
T-331-15

TOTAL
PAGO DE: AGOSTO, SEPTIEMBRE Y OCTUBRE: $675.00